IN THE UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

FOR THE SOUTHERN DISTRICT OF GEORGIA

2005 DEC 21  AM 8: 58

AUGUSTA DIVISION

CLERK _B. McCarthy_
SO. DIST. OF GA.

QUINCY WADE,                          )
                                      )
          Plaintiff,                  )
                                      )
     v.                               )    CV 105-71
                                      )
DR. FNU NICHOLAS, et al.,             )
                                      )
          Defendants.                 )

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court.* Therefore, Plaintiff's complaint is **DISMISSED** without prejudice for failure to

state a claim.

SO ORDERED this 21st day of December, 2005, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

\* on page 2 there of the word "assistance" is
replaced with the word "assistant."

# United States District Court
## Southern District of Georgia

WADE

_____ )

vs                                     )          CASE NUMBER  CV 105-071 _____

NICHOLAS                               )          DIVISION       AUGUSTA _____

_____ )

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1.   Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2.   That the aforementioned enveloped contained a copy of the document dated 12/21/05 _____, which is part of the official record of this case.

Date of Mailing:       12/21/05 _____

Date of Certificate         ☒ same date,      or  _____

Scott L. Poff,  Clerk

By: _____
Joe Howell, Deputy Clerk

Name and Address

QUINCY WADE SERVED @ PRISON ADDRESS

☐  Copy placed in Minutes
☒  Copy given to Judge
☒  Copy given to Magistrate